JENNIFER L. MORA, Bar No. 283569
JMora@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Telephone:  310.553.0308
Facsimile:   310.553.5583

Attorney for Defendant MANTECH INTERNATIONAL
CORPORATION

ANTHONY J. ORSHANSKY, Bar No. 199364
anthony@counselonegroup.com
ALEXANDRIA R. KACHADOORIAN, Bar No. 240601
Alexandria@counselonegroup.com
JUSTIN KACHADOORIAN, Bar No. 260356
Justin@counselonegroup.com
9301 Wilshire Boulevard, Suite 650
Beverly Hills, CA 90210
Telephone:  310.277.9945
Facsimile:   424.277.3727

Attorneys for Plaintiff JOHN HUEBNER, on behalf of
himself and others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, on behalf of himself and others similarly situated, | Case No. 2:15-cv-09889-PA-SS |
| Plaintiff, | **ORDER** |
| v. | Complaint Filed:  December 23, 2015 |
| MANTECH INTERNATIONAL CORPORATION, a Delaware corporation, | |
| Defendant. | |

ORDER
Case No. 2:15-cv-09889-PA-SS

**ORDER**

The Court, having considered Plaintiff John Huebner's, on his own behalf and on behalf of a putative class, and Defendant Mantech International Corporation's ("Mantech") (collectively, "Parties") Joint Notice of Settlement Terms and Proposed Briefing Schedule for Court Approval of Class Action Settlement, orders as follows:

1.   Parties have sufficiently complied with this Court's Order dated April 21, 2016;

2.   Parties are not required at this time to appear, in-person or telephonically with their clients, to place the settlement on the record;

3.   Parties are hereby ordered to file with the Court a Joint Motion for Preliminary Approval, including the finalized Settlement Agreement, by May 30, 2016; and

4.   If and when the Court grants the Joint Motion for Preliminary Approval, the Court will calendar a Final Approval Hearing, to be held no earlier than thirty (30) days after the close of the objection and opt out period.

**IT IS SO ORDERED.**

Dated: May 6, 2016

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE