LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANTECH INTERNATIONAL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:15-cv-09889-PA-SS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR COURT APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: December 23, 2015<br><br><u>CLASS ACTION</u> |

Case No. 2:15-cv-09889-PA-SS

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE

1  **IT IS HEREBY ORDERED THAT** the Court's May 6, 2016 Order is
2  amended to permit the Parties to file their Joint Motion for Preliminary Approval on
3  or before June 30, 2016.
4        IT IS SO ORDERED.

6  Dated: May 27, 2016

                                                            _____
                                                            HONORABLE PERCY ANDERSON
                                                            United States District Court Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.   Case No. 2:15-cv-09889-PA-SS
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE