1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANTECH INTERNATIONAL CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:15-cv-09889-PA-SS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR COURT APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Complaint Filed: December 23, 2015<br><br>CLASS ACTION |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

Case No. 2:15-cv-09889-PA-SS

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE

1  **IT IS HEREBY ORDERED THAT** the Court's May 6, 2016 Order is
2  further amended to permit the Parties to file their Joint Motion for Preliminary
3  Approval and Settlement Agreement on or before July 20, 2016.
4        IT IS SO ORDERED.

6  Dated: June 30, 2016

   _____
8  HONORABLE PERCY ANDERSON
9  United States District Judge

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

1.   Case No. 2:15-cv-09889-PA-SS
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE