UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9889 PA (SSx) | Date | August 29, 2016 |
|---|---|---|---|
| Title | John Huebner v. ManTech Int'l Corp. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

On December 23, 2015, plaintiff John Huebner ("Plaintiff") filed this putative class action on behalf of himself and a class of similarly situated individuals. One week later, on December 30, 2015, Plaintiff filed a "Notice of Conditional Settlement." That Notice of Conditional Settlement stated that Plaintiff would move for preliminary approval of the settlement within 45 days. Counsel for defendant ManTech International Corp. ("Defendant") filed a Notice of Appearance on January 4, 2016. On April 29, 2016, long after the first 45 day period indicated in Plaintiff's Notice of Conditional Settlement had expired, the parties filed a second Notice of Settlement and stated that they would file a Motion for Preliminary Approval within 30 days of April 29, 2016. The Court accepted this stipulation and ordered the Motion for Preliminary Approval to be filed by no later than May 30, 2016, as requested by the parties. On May 27, 2016, and June 29, 2016, the parties requested a second and third extension of the filing deadline for the Motion for Preliminary Approval. The Court granted both of these stipulations, extending the filing deadline first to June 30, 2016, and then to July 20, 2016.

On July 20, 2016, the parties filed a fourth stipulation for an extension of the deadline to August 10, 2016. The Court denied the fourth request for an extension and subsequently ordered Plaintiff to show cause why the action should not be dismissed for lack of prosecution. Plaintiff's response to that order to show cause states that Defendant was served with the Complaint on December 29, 2016. Defendant did not file its Answer until August 25, 2016.

Local Rule 23-3 provides that "[w]ithin 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995 . . . the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court." Under Local Rule 23-3, any motion for class certification should have been filed no later than approximately March 29, 2016.

Plaintiff did not file a motion for class certification within the Local Rule 23-3 deadline. Nor did any of the parties' stipulations for extensions of time to file the Motion for Preliminary Approval ever mention Local Rule 23-3 or seek relief from its requirements. Moreover, the last of those extensions expired on July 20, 2016. Accordingly, the Court, on its own motion, orders Plaintiff to show cause in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9889 PA (SSx) | Date | August 29, 2016 |
|---|---|---|---|
| Title | John Huebner v. ManTech Int'l Corp. | | |

writing why the class action allegations should not be stricken for failure to timely file a motion for class certification.

    Plaintiff's response to the order to show cause shall be filed by September 12, 2016. Defendant's response, if any, shall be filed by September 19, 2016. Neither party's response shall exceed 15 pages.

    IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | SMO |