ANTHONY J. ORSHANSKY, Bar No. 199364
anthony@counselonegroup.com
ALEXANDRIA R. KACHADOORIAN, Bar No. 240601
Alexandria@counselonegroup.com
JUSTIN KACHADOORIAN, Bar No. 260356
Justin@counselonegroup.com
9301 Wilshire Boulevard, Suite 650
Beverly Hills, CA 90210
Telephone: 310.277.9945
Facsimile: 424.277.3727

Attorneys for Plaintiff JOHN HUEBNER,
on behalf of himself and others similarly situated

JENNIFER L. MORA, Bar No. 283569
jmora@littler.com
DOMINIC J. MESSIHA, Bar No. 204544
dmessiha@littler.com
JOSEPH P. HARKINS, *pro hac vice*
jharkins@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
MANTECH INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANTECH INTERNATIONAL CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-09889-PA-SS<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1  Plaintiff, JOHN HUEBNER ("Named Plaintiff"), and Defendant, MANTECH INTERNATIONAL CORPORATION ("Mantech" or "Defendant"), collectively referred to herein as the "Parties," file this Joint Motion for Preliminary Approval of Class Action Settlement ("Joint Motion") pursuant to Federal Rule of Civil Procedure 23 and hereby move the Court to enter an order:

    1.    Preliminarily approving the class-wide Settlement Agreement negotiated by the parties;

    2.    Conditionally certifying this case as a class action for settlement purposes only and defining the settlement class as "all individuals about whom Defendant, during the period between November 1, 2012 and January 31, 2015, procured a consumer report without making the disclosure required by 15 U.S.C. § 1681b(b)(2)(A)(i)"

    3.    Designating the Named Plaintiff, John Huebner, as a representative for the Class and his attorneys as Class Counsel;

    4.    Approving the form and manner of the class notice;

    5.    Setting a date for a final fairness hearing; and

    6.    Pending the outcome of a final fairness hearing, preliminarily enjoining all members of the Class from commencing, prosecuting, or maintaining any claim already asserted in and encompassed by this Action.

    7.    A proposed order will be emailed to the Court Clerk.

WHEREFORE, the parties request the Court grant the Joint Motion for Preliminary Approval of Class Action Settlement.

//
//
//
//
//
//

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Joint Preliminary Motion for Preliminary Approval of Class Action Settlement    2.    2:15-cv-09889-PA-SS

                                    Respectfully submitted,

Dated: September 19, 2016      /s/ Anthony J. Orshansky *
                                    Anthony J. Orshansky
                                    Justin Kachadoorian
                                    Attorneys for Plaintiff and Putative Class

Dated: September 19, 2016      /s/ Jennifer L. Mora *
                                    Jennifer L. Mora
                                    Dominic J. Messiha
                                    Joseph P. Harkins (*pro hac vice*)
                                    Attorneys for Defendant

\*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the parties concur in the filing's content and have authorized the filing.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Joint Preliminary Motion for Preliminary Approval of Class Action Settlement     3.      2:15-cv-09889-PA-SS