ANTHONY J. ORSHANSKY, SBN 199364
anthony@counselonegroup.com
ALEXANDRIA R. KACHADOORIAN, SBN 240601
alexandria@counselonegroup.com
JUSTIN KACHADOORIAN, SBN 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile:  (424) 277-3727

Attorneys for Plaintiff JOHN HUEBNER,
on behalf of himself and others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUEBNER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANTECH INTERNATIONAL CORPORATION,<br><br>Defendant. | Case No. 2:15-cv-09889-PA-SS<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETLEMENT**<br><br><u>FINAL APPROVAL HEARING</u><br>Hearing Date: June 5, 2017<br>Time:          1:30 p.m.<br>Judge:         Hon. Percy Anderson<br>Ctrm.:         15<br><br>Complaint Filed: December 23, 2015<br>Trial Date: None Set |

PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL;
CASE NO. 2:15-CV-09889-PA-SS

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on June 5, 2017 at 1:30 p.m., or as soon as the matter may be heard, in the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, in Courtroom 15, before the Honorable Percy Anderson, Plaintiff John Huebner ("Plaintiff") moves the Court for an Order granting final approval of the proposed class action settlement between Plaintiff and Defendant Mantech International Corporation ("Defendant" or "Mantech"). Plaintiff will further move the Court for an Order:

1. Granting final approval of the terms of the Settlement Agreement, which is set forth as Exhibit "1" to the <u>Declaration of Anthony J. Orshansky</u> ("Orshansky Decl.") filed concurrently herewith and granting final approval of the Settlement Agreement as fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement fund; the amount of the distributions to class members; the amount allocated as an incentive award to the Class Representative; the administrative costs; and the attorneys' fees and costs.

2. Finally certifying, for settlement purposes, the Settlement Class described in the Settlement as follows,

> **Settlement Class:** An individual is a member of the Settlement Class if, between November 1, 2012 and January 31, 2015, Defendant procured a consumer report about the individual without making the disclosure required by 15 U.S.C. § 1681b(b)(2)(A)(i). This Settlement Class is also referred to as the "Federal Disclosure Class.

Further, Plaintiff hereby moves for final certification, for settlement purposes, of the following Sub-Classes -- Federal Adverse Action Subclass; California Disclosure Subclass; and California Adverse Action Subclass – as defined in the Settlement

1  Agreement; the "Class Period" being from November 1, 2012 through January 31,
2  2015.

3      3. Appointing John Huebner as the Class Representative for the
4  Settlement Class;

5      4. Appointing Plaintiff's Counsel, CounselOne, P.C., as Class Counsel for
6  the Settlement Class;

7      5. Appointing CPT Group, Inc. as the Settlement Administrator and
8  approving payment for its settlement administration costs as reflected in the
9  Declaration of Abel E. Morales; and

10     6. Entering a judgment of dismissal based upon the settlement.

11 This Motion is based upon this Notice; the accompanying Memorandum of
12 Points and Authorities; the Declaration of Anthony J. Orshansky; the Declaration of
13 John Huebner; the Declaration of Abel E. Morales, the concurrently filed <u>Plaintiff's
14 Notice of Motion For Attorneys' Fees, Reimbursement Of Costs, And Incentive
15 Award</u>, along with the Motion For Attorneys' Fees itself ("Motion For Attorneys'
16 Fees") and declarations submitted in support thereof, and all other pleadings and
17 papers on file in this action; the [Proposed] Order submitted concurrently herewith;
18 and any oral argument or other matters that the Court may properly receive at or
19 before the hearing in this matter.

20 This motion is made following the conference of counsel pursuant to L.R.
21 7-3. Defendant does not oppose this motion.

22

23 Dated: May 8, 2017                           Respectfully submitted,

24                                         COUNSELONE, PC

25

26                                         By: <u>/s/ Anthony J. Orshansky</u>
27                                               Anthony J. Orshansky
                                              Alexandria Kachadoorian
28                                               Justin Kachadoorian
                                              Attorneys for Plaintiff and Settlement
                                              Class