1 ANTHONY J. ORSHANSKY, SBN 199364
anthony@counselonegroup.com
2 ALEXANDRIA R. KACHADOORIAN, SBN 240601
alexandria@counselonegroup.com
3 JUSTIN KACHADOORIAN, SBN 260356
justin@counselonegroup.com
4 COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
5 Beverly Hills, California 90210
Telephone: (310) 277-9945
6 Facsimile:  (424) 277-3727

7 Attorneys for Plaintiff JOHN HUEBNER,
on behalf of himself and others similarly situated
8

9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| 13  JOHN HUEBNER, on behalf of himself and others similarly situated, | Case No. 2:15-cv-09889-PA-SS |
| 14 | **<u>CLASS ACTION</u>** |
| 15              Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF COSTS TO CLASS COUNSEL, AND INCENTIVE AWARD** |
| 16        v. | |
| 17  MANTECH INTERNATIONAL CORPORATION, | |
| 18 | |
| 19              Defendant. | <u>FINAL APPROVAL HEARING</u> |
| 20 | Hearing Date:   June 5, 2017 |
| 21 | Time:                 1:30 p.m.<br>Judge:               Hon. Percy Anderson<br>Ctrm.:                 15 |
| 22 | |
| 23 | Complaint Filed: December 23, 2015<br>Trial Date: None Set |

24

25

26

27

28

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT**, on June 5, 2017 at 1:30 p.m., or as soon as the matter may be heard, in the United States District Court for the Central District of California, 312 North Spring Street, Los Angeles, California 90012, in Courtroom 15, before the Honorable Percy Anderson, Plaintiff John Huebner ("Plaintiff") moves the Court for an Order awarding attorneys' fees, reimbursement of expenses to his attorneys, and a class representative incentive award for Plaintiff's services on behalf of the Settlement Class.

   This Motion should be granted because under the California and Ninth Circuit common fund doctrines, the fee request is reasonable when measured against the benefits conferred by the Settlement. Moreover, public policy recognizes that attracting competent counsel to litigate consumer and employment class actions on behalf of clients unable to pay hourly fees requires attorney fee awards commensurate with such risks and that no action would likely have been taken by Class Members individually, and no compensation would have been recovered for them, but for Plaintiff's services on their behalf. The Settlement Class' response to the Settlement confirms that the requested attorneys' fees and expenses, and incentive payment should be approved.

   This Motion is based upon this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of Anthony J. Orshansky In Support Of Plaintiff's Motion For Attorneys' Fees, Reimbursement Of Costs, And Incentive Award; the Declaration of John Huebner In Support Of Final Approval And Motion For Attorneys' Fees, Reimbursement Of Costs, And Incentive Award; the concurrently filed Plaintiff's Notice of Motion For Final Approval Of Class Action Settlement, along with the Motion For Final Approval Of Class Action Settlement itself ("Motion For Final Approval") and declarations submitted in support thereof, and all other pleadings and papers on file in this action; the [Proposed] Order

1   submitted concurrently herewith; and any oral argument or other matters that the

2   Court may properly receive at or before the hearing in this matter.

3          This motion is made following the conference of counsel pursuant to L.R.

4   7-3.  Defendant does not oppose this motion.

5

6   Dated: May 8, 2017                        Respectfully submitted,

7                                             COUNSELONE, PC

8

9                                      By: /s/ Anthony J. Orshansky
                                          Anthony J. Orshansky
10                                        Alexandria Kachadoorian
                                          Justin Kachadoorian
11                                        Attorneys for Plaintiff and Settlement
                                          Class

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF MOTION FOR ATTYS' FEES, COSTS, INCENTIVE
AWARD; CASE NO. 2:15-CV-09889-PA-SS